FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00415-CV

Richard A. **GARCIA**,
Appellant

v.

Elizabeth J. **RANFT-GARCIA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI12755
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to March 1, 2023.

It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT